IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 22-457-001
RONALD C. GRANVILLE
107 Cairo Court
Mooresville, NC 28115

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **SENTENCING HEARING** on **Monday, September 16, 2024, at 11:00 A.M**. before the **Honorable Karen Spencer Marston** in **Courtroom 16B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Bail Status**: The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Hearing rescheduled from: 6-17-2024.**

For additional information, please contact the undersigned.

By: /s/ Mark Rafferty
Courtroom Deputy to Judge Marston
Phone: 267.299.7370

Date: 6-10-2024

cc via U.S. Mail: Defendant
cc via email: Defense Counsel James Funt, Esq.
A.U.S.A. - Nancy Potts, Esq.
A.U.S.A. - Everett R. Witherell
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator